UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CHRISTOPHER E. BROWN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 1:19-cv-00635-JJM-LDA |
| vs. ) | |
| ) | |
| GRANITE APR DEVELOPMENT CORP., ) | |
| a Delaware Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **DISMISSAL STIPULATION**

It is hereby agreed by and between the parties that the plaintiff, Christopher E. Brown's claims against the defendant, Granite APR Development Corp., are dismissed with prejudice, no interest, no costs.

August 11, 2020.

| | |
|---|---|
| Plaintiff, | Defendant, |
| Christopher E. Brown, | Granite APR Development Corp., |
| | |
| By His Attorneys, | By Their Attorneys, |
| | |
| /s/ Kensley R. Barrett | /s/ Todd J. Romano |
| Kensley R. Barrett, Esq. (RI #8657) | Todd J. Romano, Esq. (RI #6859) |
| Marin & Barrett, Inc. | Alexander W. Jestings, Esq. (RI #10043) |
| 127 Dorrance Street | Bengtson & Jestings, LLP |
| Penthouse Suite | 40 Westminster Street, Suite 300 |
| Providence, RI 02903 | Providence, RI 02903 |
| Tel: (401) 380-6724 | Tel: (401) 331-7272 |
| Fax: (401) 679-0122 | Fax: (401) 331-4404 |
| kb@marinbarrettlaw.com | tromano@benjestlaw.com |
| | ajestings@benjestlaw.com |

CERTIFICATE OF SERVICE

      I hereby certify that on August 11, 2020, I electronically filed the foregoing document, that it is available for viewing and downloading from the Court's CM/ECF system, and that participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

Kensley R. Barrett, Esq.
Marin & Barrett, Inc.
127 Dorrance Street
Penthouse Suite
Providence, RI 02903
kb@marinbarrettlaw.com

                                      /s/ Alexander W. Jestings